In the Matter of the Probate of the Will of PAUL GREENBLATT, Deceased. SAMUEL GREENBLATT, Appellant; RUTH ENGELBERG et al., as Executors and Trustees under the Will of PAUL GREENBLATT, Deceased, et al., Respondents.— Appeal by contestant from a decree of the Surrogate's Court, Queens County, admitting to probate a certain paper as the decedent's last will and testament,

upon the direction of a verdict after trial before the Surrogate and a jury. Decree unanimously affirmed, with costs to the respondents, to be paid personally by appellant. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.